UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PETER CORINES,

                        Petitioner,

  -against-

SUPERINTENDENT, Ottisville Correctional
Facility,

                        Respondent.
-------------------------------------------------------------------X

JUDGMENT
05-CV- 2056 (NGG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 10 2008 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on November 7, 2008, adopting in its entirety the Report and Recommendation of Magistrate Judge Steven M. Gold, dated June 10, 2008, after a *de novo* review of the record; dismissing the petition for a writ of habeas corpus; denying petitioner's motion for summary judgment; ordering that no Certificate of Appealability shall issue; and denying in forma pauperis for the purposes of any appeal, pursuant to 28 U.S.C. § 1915(a); it is

    ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Steven M. Gold is adopted in its entirety; that the petition for a writ of habeas corpus is dismissed; that petitioner's motion for summary judgment is denied; that no Certificate of Appealability shall issue; and that pursuant to 28 U.S.C. § 1915(a), in forma pauperis is denied for the purposes of any appeal.

Dated: Brooklyn, New York
        November 07, 2008

                                                      s/Robert C. Heinemann
                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court